**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **NANCY CAMARILLO,**<br><br>**Plaintiff,**<br><br><br>**vs.**<br><br>**HYATT CORPORATION, POLK SMITH REGENCY, LLC, AND HYATT REGENCY HILL COUNTRY RESORT AND SPA,**<br><br>**Defendants.** | **§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§** | <br><br><br><br><br>**CIVIL ACTION NO. 5:22-cv-00745**<br><br>**Jury Demand** |

---

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

---

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

HYATT CORPORATION D/B/A HYATT REGENCY HILL COUNTRY RESORT AND SPA **("**Defendant**"),** files this Certificate of Interested Parties, listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, as follows:

1. Nancy Camarillo; and

2. Hyatt Corporation;

Dated: July 12, 2022.

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Michael A. Logan*
Michael A. Logan
Attorney-in-Charge
State Bar No. 12497500
E-Mail: mlogan@krcl.com

901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4294
Facsimile: (214) 777-4299

**ATTORNEY FOR DEFENDANT HYATT CORPORATION D/B/A HYATT REGENCY HILL COUNTRY RESORT AND SPA**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 13th day of July 2022, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for Plaintiff by operation of the Court's electronic filing system, unless counsel for Plaintiff is not registered with the CM/ECF system, in which case the undersigned certifies that a copy of the foregoing document was sent to counsel for Plaintiff via certified mail, return receipt requested.

/s/ *Michael A. Logan*
Michael A. Logan