**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **NANCY CAMARILLO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 5:22-cv-00745** |
| | § | |
| **HYATT CORPORATION, POLK SMITH REGENCY, LLC, AND HYATT REGENCY HILL COUNTRY RESORT AND SPA,** | § § § § | **Jury Demand** |
| | § | |
| **Defendants.** | § | |

**CERTIFICATE OF NOTICE OF FILING**

The undersigned attorneys of record for Defendant **HYATT CORPORATION D/B/A HYATT REGENCY HILL COUNTRY RESORT AND SPA,** certify that on July 13, 2022, a copy of the Notice of Removal of this action was filed with the Clerk of the 407th Judicial District in and for Bexar County, Texas, and that written notice of filing of the Notice of Removal was served on the party named above as Plaintiff in this action or to her attorneys of record. Attached to the notice was a copy of the Notice of Removal. Removal of this action is effective as of that date, pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Michael A. Logan*
Michael A. Logan
Attorney-in-Charge
State Bar No. 12497500
E-Mail: mlogan@krcl.com

901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4294
Facsimile: (214) 777-4299

**ATTORNEY FOR DEFENDANT HYATT CORPORATION D/B/A HYATT REGENCY HILL COUNTRY RESORT AND SPA**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 13th day of July 2022, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for Plaintiff by operation of the Court's electronic filing system, unless counsel for Plaintiff is not registered with the CM/ECF system, in which case the undersigned certifies that a copy of the foregoing document was sent to counsel for Plaintiff via certified mail, return receipt requested.

/s/ *Michael A. Logan*
Michael A. Logan