UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NANCY CAMARILLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-22-CA-745-JKP (HJB) |
| | § | |
| HYATT CORPORATION and HYATT REGENCY HILL COUNTRY RESORT AND SPA, | § | |
| | § | |
| Defendants. | § | |

**ORDER CHANGING INITIAL PRETRIAL CONFERENCE TO VIDEO**

It is hereby **ORDERED** that the Telephonic Initial Pretrial Conference on **September 15, 2022**, at **10:00 A.M.** will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join ZOOMGOV meeting, at the following address:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties having any difficulties should contact Law Clerk Reetu Sinha at reetu_sinha@txwd.uscourts.gov.

**SIGNED** on September 2, 2022.

Henry J. Bemporad
United States Magistrate Judge