**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**NANCY CAMARILLO,**

***Plaintiff,***

**v.** **Case No. SA-22-CV-00745-JKP**

**HYATT CORPORATION, HYATT REGENCY HILL COUNTRY RESORT AND SPA,**

***Defendants*.**

**ORDER**

Before the Court is Defendant's Motion to Dismiss with Prejudice. *See* ECF No. 34. Defendant informs the Court that Nancy Camarillo ("Plaintiff") and Hyatt Corporation d/b/a Hyatt Regency Hill Country Resort and Spa ("Defendant"), as part of their settlement of this case, have agreed to the entry of this Order. The Court, therefore, **GRANTS** the motion. *See* ECF No. 34.

It is, therefore, ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted or that could have been asserted by Plaintiff against Defendant in the above-entitled and numbered cause be, and the same are hereby **DISMISSED WITH PREJUDICE** to the re-filing of same or any part thereof.

It is, further, ORDERED, ADJUDGED AND DECREED that all costs shall be paid by the party incurring same.

Defendant's earlier filed Motion for Summary Judgment and Motion to Dismiss are **DENIED AS MOOT**. *See* ECF Nos. 17, 27.

The Clerk of Court is instructed to **CLOSE THIS CASE**.

It is so ORDERED.
SIGNED this 24th day of August, 2023.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE